IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 24-33602-H4 |
| Felicia Ann Oliver | |
| | CHAPTER 13 |
| DEBTOR | |

### NOTICE OF SCHEDULE OF HOME MORTGAGE PAYMENTS

UNLESS AN OBJECTION IS FILED IN WRITING WITH THE CLERK OF THE COURT WITHIN 21 DAYS OF THE DATE ON WHICH THIS DOCUMENT WAS FILED AND SERVED, THE NOTICE OF SCHEDULE HOME MORTGAGE PAYMENTS WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT A HEARING AND WITHOUT FURTHER NOTICE.

Notice is hereby given that the following is a schedule of payments made to the mortgage company indicated below during the period beginning December 2023 and ending November 2024.

| Date | Check # | Mortgage Company | Amount |
|---|---|---|---|
| 11/01/2024 | 0894343 | DEUTSCHE BANK NATIONAL TRUST COMPA | $1,661.52 |

RESPECTFULLY SUBMITTED,

/s/David G. Peake
David G. Peake, Trustee
Admissions ID No. 15679500
9660 Hillcroft, Ste 430
Houston, TX  77096
(713)283-5400 Telephone
(713)852-9084 Facsimile

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on December 10, 2024, either electronically or via BNC or U.S. First Class Mail.

Felicia Ann Oliver
2310 Quiver Ln
Houston, TX  77067

AARON W. MCCARDELL, SR
THE MCCARDELL LAW FIRM, PLLC
440 LOUISIANA SUITE 1575
HOUSTON, TX  77002

DEUTSCHE BANK NATIONAL TRUST COMPANY
PHH MORTGAGE
ATTN:SBRP
PO BOX 24781
WEST PALM BEACH, FL  33416

/s/David G. Peake
David G. Peake, Trustee